UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

IN RE: DEMARIO CLEMONS,

       Debtor(s),

                                CASE NO. 09-33693D
                                ADV. NO.
                                CHAPTER 13

DEMARIO CLEMONS,

       Plaintiff(s),

v.

NATIONWIDE MUTUAL INSURANCE
C/O JOHN CHEADLE,

       Defendant(s).

---

**COMPLAINT FOR TURNOVER OF FUNDS FROM NATIONWIDE MUTUAL INSURANCE C/O JOHN CHEADLE**

---

       Comes now the Debtor(s), by and through counsel and moves this Honorable Court to grant this Complaint for Turnover of Funds from Nationwide Mutual Insurance c/o John Cheadle. In support of said complaint, the Debtor(s) would show:

       1.      This case was filed on December 8, 2009;

       2.      Nationwide Mutual Insurance c/o John Cheadle garnished $104.00 from the Debtor(s) paycheck stub for General Sessions Docket #1236328;

       3.      These funds are part of the bankruptcy estate and an exemption as both personal property as well as income; and

       4.      The Debtor(s) would show that this garnishment is a violation of the automatic stay.

PREMISES CONSIDERED, the Debtor(s) prays:

1.   That process issue requiring the Defendant(s) to answer said allegations;

2.   That at a hearing, the Court order Nationwide Mutual Insurance c/o John Cheadle to turnover the funds in question; and

3.   For general relief.

/s/ Earnest E. Fiveash
Earnest E. Fiveash
1433 Poplar Ave.
Memphis, TN 38104
(901) 276-3334

## CERTIFICATE OF SERVICE

On February 18, 2010, a copy of the foregoing was served via United States Mail (First Class) to the **Debtor**, 3228 Crete, Memphis, TN 38111; Nationwide Mutual Insurance, c/o John Cheadle, 129 N 2nd, Nashville, TN 37201; and the **Case Trustee**, 5350 Poplar Avenue, Ste. 1113, Memphis, TN 38119.

/s/ Earnest E. Fiveash
Earnest E. Fiveash
1433 Poplar Ave.
Memphis, TN 38104
(901) 276-3334