**Dated: April 28, 2010**
**The following is SO ORDERED:**



_____
Paulette J. Delk
**UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION
_____

IN RE:  DEMARIO CLEMONS,

    Debtor(s),

                              CASE NO. 09-33693D
                              ADV. NO. 10-00089
DEMARIO CLEMONS,           CHAPTER 13

    Plaintiff(s),

v.

NATIONWIDE MUTUAL INSURANCE
C/O JOHN CHEADLE,

    Defendant(s).
_____

## COMPLAINT FOR TURNOVER OF FUNDS FROM NATIONWIDE MUTUAL INSURANCE C/O JOHN CHEADLE
_____

This cause came to be heard on April 20, 2010 on the Debtor(s) Complaint for Turnover of Funds from Nationwide Mutual Insurance c/o John Cheadle. In support of said complaint, the Debtor(s) showed the Court:

1. This case was filed on December 8, 2009;

2. Nationwide Mutual Insurance c/o John Cheadle garnished $104.00 from the Debtor(s) paycheck stub for General Sessions Docket #1236328;

3. These funds are part of the bankruptcy estate and an exemption as both personal property as well as income; and

4. The Debtor(s) would show that this garnishment is a violation of the automatic stay.

The Court finds said motion well taken.

THEREFORE, IT IS ORDERED that the Court shall order Nationwide Mutual Insurance c/o John Cheadle to turnover $104.00 to the Debtor(s) for funds garnished from the Debtor(s) paycheck.

/s/ Earnest E. Fiveash
Earnest E. Fiveash
1433 Poplar Ave.
Memphis, TN 38104
(901) 276-3334

/s/ George W. Stevenson
Chapter 13 Trustee

**Parties to be served:**

**Debtor(s)**
**Debtor(s) Attorney**
**All creditors on the matrix**
**Case Trustee**